IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE VIZCAINO,

        Plaintiff,                                  CIV-S-05-2647 LKK GGH PS

        vs.

UNITED STATES COURT OF APPEAL
FOR THE NINTH CIRCUIT,

        Defendant.                                  <u>ORDER</u>

_____/

        On May 11, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

1  Accordingly, IT IS ORDERED that:

2  1. The Proposed Findings and Recommendations filed May 11, 2006, are

3  ADOPTED; and

4  2. This action is dismissed with prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ.

5  P. 41(b).

6  DATED: September 11, 2006.

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```